UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VILLASENOR, | Case No. CV 13-1957-SJO (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| E. VALENZUELA, et al., | |
| Defendants. | |

Pursuant to the Order dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>August 26, 2013</u>.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd